

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00250-CV

**IN RE ALLBRITE CONSTRUCTORS OF TEXAS, INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

Delivered and Filed:  May 6, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On April 27, 2015, relator Allbrite Constructors of Texas, Inc. filed a petition for writ of mandamus and a motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 392309, styled *Allbrite Constructors of Texas, Inc. v. Tempel Builders, Inc. and John Doe*, pending in the County Court at Law No. 2, Bexar County, Texas, the Honorable Karen Crouch presiding.